UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: August 28, 2012<br><br>CASE NO. 1:12 CR 178<br><br>COURT REPORTER: Heidi Geizer<br><br>CHANGE OF PLEA |

UNITED STATES OF AMERICA

    -VS-

LESLIE LEI

APPEARANCES:    Plaintiff: Chelsea Rice, Esq.

                       Defendant: Hugh Mo, Esq.

PROCEEDINGS: The defendant changed his plea to guilty to the One Count Indictment. Written Notice of Plea read and signed in open Court. The defendant is referred to the U.S. Probation Office for a presentence report. Sentencing is scheduled for December 3, 2012 at 10:30 a.m.

                                                          Jeane M. Wells Ruprecht
                                                          Courtroom Deputy

Length of Proceedings: __30 minutes____